EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 25 2004
at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR04-00203 HG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | [21 U.S.C. §§ 846, 841(a)] |
| | ) | |
| ASHBELL PARK, | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

From a date unknown, but at least by on or about October 2001, to and including November 29, 2002, in the District of Hawaii and elsewhere, the defendant, ASHBELL PARK, conspired together and with Leslie Gentry, Arthur Lee, Jr., Dalon Deon Lee, James Bohol, Roderick Hunter, Phillip Dunn, a.k.a. "Showboat," Eric Huerta, Robert Griffin, and

Stacy Hunter, not charged as defendants herein, and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, 50 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," and cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

## WAYS AND MEANS OF CONSPIRACY

1. Leslie Gentry, located in Arizona, accepts orders for methamphetamine and cocaine from Duane Udo, not charged as a defendant herein, and ASBHELL PARK, for delivery to Hawaii.

2. Leslie Gentry relays the orders for methamphetamine and cocaine to Eric Huerta and Robert Griffin, located in California.

3. Eric Huerta and Robert Griffin ship, via air courier services, distribution quantities of methamphetamine and cocaine to Duane Udo and ASHBELL PARK.

4. Duane Udo and ASHBELL PARK confirm anticipated and completed deliveries of cocaine and methamphetamine with

Leslie Gentry via telephone, third party messages and electronic mail.

5. Duane Udo and ASHBELL PARK redistribute methamphetamine and cocaine to sub-distributors.

6. Duane Udo and ASHBELL PARK pay Robert Griffin and Eric Huerta for the methamphetamine and cocaine by sending cash via couriers who carry the cash to California, by wire transfers, and by paying Robert Griffin directly when Robert Griffin travels to Hawaii.

7. ASHBELL PARK informs Arthur Lee, Jr. and JAMES BOHOL, a.k.a. "Special K," of his receipt of Leslie Gentry's cocaine and methamphetamine via telephones.

8. ASHBELL PARK redistributes methamphetamine and cocaine to sub-distributors, including Arthur Lee, Jr. and JAMES BOHOL, a.k.a. "Special K."

9. Arthur Lee, Jr. and ASHBELL PARK arrange a time and place for delivery.

10. JAMES BOHOL, a.k.a. "Special K," and ASHBELL PARK arrange a time and place for delivery.

11. ASHBELL PARK and M.M., a "runner" for A.P., not charged as defendants herein, deliver methamphetamine and cocaine to Arthur Lee, Jr. and/or to JAMES BOHOL, a.k.a. "Special K."

12. Arthur Lee, Jr. distributes Leslie Gentry's methamphetamine and cocaine to his "runner," Dalon Deon Lee.

13. Dalon Deon Lee distributes Arthur Lee, Jr.'s methamphetamine and cocaine to Roderick Hunter.

14. Stacy Hunter receives cocaine from Roderick Hunter and "cooks" the cocaine, transforming the cocaine into cocaine base.

15. Roderick Hunter distributes methamphetamine, cocaine, and cocaine base to Phillip Dunn, a.k.a. "Showboat," and to others known and unknown.

16. Phillip Dunn, a.k.a. "Showboat," distributes methamphetamine, cocaine and cocaine base to other persons.

17. Stacy Hunter distributes cocaine base to other persons.

18. The defendants use cellular and land line telephones, pagers, voice mail messaging systems, and electronic mail to communicate.

## OVERT ACTS

1. On December 12, 2001, Leslie Gentry sent Eric Huerta $5,000 via Western Union Wire Transfer to pay for methamphetamine and cocaine.

2. On April 11, 2002, Robert Griffin flew from Los Angeles, California to Honolulu, Hawaii.

3. On April 13, 2002, Robert Griffin flew from Honolulu, Hawaii to Los Angeles, California.

4. On April 23, 2002, Stacy Hunter distributed cocaine base to another.

5. On April 26, 2002, Robert Griffin flew from Los Angeles, California to Honolulu, Hawaii.

6. On May 21, 2002, Duane Udo sent Eric Huerta $4,000 via American Savings Bank Wire Transfer in payment for distribution quantities of methamphetamine and cocaine.

7. On May 28, 2002, Robert Griffin flew from Los Angeles, California to Honolulu, Hawaii.

8. On May 30, 2002, Robert Griffin flew from Honolulu, Hawaii to Los Angeles, California.

9. On June 15, 2002, Robert Griffin flew from Los Angeles, California to Honolulu, Hawaii.

10. On July 10, 2002, Stacy Hunter distributed cocaine base to another.

11. On July 15, 2002, Duane Udo placed $54,000 cash in his car, to be delivered to Robert Griffin as payment for distribution quantities of methamphetamine and cocaine.

12. On October 12, 2002, Arthur Lee, Jr. and Dalon Deon Lee met outside Dalon Deon Lee'S residence located in Honolulu, Hawaii.

13. On November 7, 2002, Phillip Dunn, a.k.a. "Showboat," telephoned Roderick Hunter and ordered drugs, using coded language.

14. On November 7, 2002, Phillip Dunn, a.k.a. "Showboat," drove to Roderick Hunter's residence.

15. On November 7, 2002, Phillip Dunn, a.k.a. "Showboat," possessed approximately two ounces of cocaine base, a.k.a. "crack" cocaine, five grams of cocaine, and seven grams of methamphetamine.

16. On November 15, 2002, Arthur Lee, Jr. telephoned A.P. and inquired as to the status of an anticipated drug delivery.

17. On November 17, 2002, Arthur Lee, Jr. telephoned Leslie Gentry and inquired as to the status of an anticipated drug delivery.

18. On November 18, 2002, Leslie Gentry telephoned Arthur Lee, Jr. and asked as to whether Arthur Lee, Jr. had received drugs from ASHBELL PARK yet.

19. On November 18, 2002, Arthur Lee, Jr. met with ASHBELL PARK in the parking lot of Checkers Auto Parts in Kaneohe, Hawaii.

20. On November 19, 2002, Leslie Gentry telephoned Arthur Lee, Jr. and discuss the manner in which

drugs were being shipped, and accepted a further order for drugs from Arthur Lee, Jr.

21. On November 29, 2002, ASHBELL PARK accepted receipt of a parcel that had contained approximately 889.0 grams of methamphetamine.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Section 846.

DATED at Honolulu, Hawaii: MAY 25 2004.

_for_ *(signature)*
EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


*(signature)*
LORETTA SHEEHAN
Assistant U.S. Attorney